# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0827
L.T. Case No. 2019-CF-004240-A
2021-CF-002752-A

_____

JIHAD KIRAN ELVY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Timothy Thomas McCourt, Judge.

Jihad Kiran Elvy, Punta Gorda, pro se.

James Uthmeier, Attorney General, Tallahassee, and
Roberts J. Bradford, Jr., Assistant Attorney General,
Daytona Beach, for Appellee.


April 29, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, JAY, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____